# United States District Court
# For The Western District of North Carolina
# Asheville Division

KATHY SMITH BRADLEY,

       Petitioner,

vs.

FEDERAL BUREAU OF PRISONS,

       Respondent.

JUDGMENT IN A CIVIL CASE

1:09cv437
[Criminal Case No. 2:04cr101]

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 12/11/09 Order.

December 11, 2009

FRANK G. JOHNS, CLERK

BY: *s/Elizabeth J. Barton*
      Elizabeth J. Barton, Deputy Clerk